UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 1:23-cv-22313-KMW

HOWARD COHAN,

    Plaintiff,

vs.

JAPAN INN DORAL, LLC,
d/b/a JAPAN INN,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, JAPAN INN DORAL, LLC, d/b/a JAPAN INN ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 31st day of August, 2023.

| | |
|---|---|
| BY: *s/ Jason S. Weiss* <br> Jason S. Weiss <br> Jason@jswlawyer.com <br> Florida Bar No. 356890 <br> **WEISS LAW GROUP, P.A.** <br> 5531 N. University Drive, Suite 103 <br> Coral Springs, FL 33067 <br> Tel: (954) 573-2800 <br> Fax: (954) 573-2798 <br><br> *Attorneys for Plaintiff* | BY: *s/ Joseph Ruiz* <br> Joseph Ruiz, Esq. <br> **JOSEPH RUIZ ESQ.** <br> Florida Bar No.: 65732 <br> 500 S. Dixie Hwy, Suite 302 <br> Coral Gables, Florida 33146 <br> T: 305-503-2990 <br> joseph.ruiz.@zumpanocastro.com <br> nikki.marrero@zumpanocastro.com <br><br> *Attorneys for Defendant* |